## ORDER

PER CURIAM:

Loretta Hunziker appeals from a judgment entered in the Circuit Court of Henry County dividing proceeds paid into the court pursuant to a petition for interpleader filed by Infinity Insurance Company. Specifically, Hunziker challenges the trial court's awarding $1,000.00 of the interpleaded funds to her and $49,000.00 to Sharon Crowder. After a thorough review of the record, we conclude that the judgment is supported by substantial evidence and is not against the weight of the evidence and that no error of law appears. No jurisprudential purpose would be served by a formal, published opinion; however, a memorandum explaining the reasons for our decision has been provided to the parties.

Judgment affirmed. Rule 84.16(b).

David T. Greis, Kansas City, MO, for appellant.

Collin A. Dietiker, Independence, MO, for respondent City of Independence, Missouri.

Larry R. Ruhmann, Jefferson City, MO, for respondent Division of Employment Security.

Before Division Two: THOMAS H. NEWTON, Presiding Judge, CYNTHIA L. MARTIN, Judge and GARY D. WITT, Judge.

## ORDER

PER CURIAM:

Jeffrey Denton appeals the decision of the Labor and Industrial Relations Commission denying him benefits. We affirm. Rule 84.16(b).

---

Jeffrey DENTON, Appellant,

v.

### CITY OF INDEPENDENCE, Respondent,

### Division of Employment Security, Respondent.

No. WD 72538.

Missouri Court of Appeals, Western District.

July 26, 2011.

Leonard STROTHER, Appellant,

v.

### STATE of Missouri, Respondent.

No. WD 72804.

Missouri Court of Appeals, Western District.

July 26, 2011.

Ruth B. Sanders, Kansas City, MO, for appellant.